Opinion filed December 6, 2007











 
 
  
 
 







 
 
  
 
 




Opinion filed December 6, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00114-CV

                                                    __________

 

                                         ALISON COOK, Appellant

 

                                                             V.

 

                                 CALLUM
ROBERT COOK, Appellee

 



 

                                         On
Appeal from the 221st District Court

 

                                                    Montgomery
County, Texas

 

                                              Trial
Court Cause No.  XX-XXXXXXX

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
parties have filed in this court an agreed motion to dispose of this appeal. 
The parties state in their motion that the merits of this appeal are moot.  The
motion is granted in part, and the appeal is dismissed.

 

 

December 6, 2007                                                                   PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.